UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCUS TAYLOR,

    Plaintiff,

v.                                        Case No. 2:12-cv-229
                                           HON. R. ALLAN EDGAR

D. TENNYSON, et al,

    Defendants.
_____/

## ORDER

      Plaintiff Marcus Taylor, a Michigan state prisoner in the custody of the Michigan Department of Corrections, brings this *pro se* federal civil rights action under 42 U.S.C. § 1983. He moves for a temporary restraining order under Fed. R. Civ. P. 65(b). [Court Doc. No. 10]. On October 24, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the motion be denied. [Court Doc. No. 11]. Plaintiff Taylor has not timely filed any objections to the report and recommendation.

      After reviewing the record, the Court accepts and adopts the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). For the reasons expressed in the Magistrate Judge's report and recommendation, plaintiff Taylor's motion for a temporary restraining order [Court Doc. No. 10] is DENIED.

      SO ORDERED.

      Date: November 30, 2012.

                                            */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                                UNITED STATES DISTRICT JUDGE